# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re: WARK, RUTH J. § Case No. 14-05770
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    Markian R Slobodian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $14,859.00      Assets Exempt: $16,984.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $161,880.94      Claims Discharged
    Without Payment: $80,010.93

Total Expenses of Administration: $21,094.06

    3) Total gross receipts of $185,100.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $2,125.00 (see **Exhibit 2**), yielded net receipts of $182,975.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $148,070.17 | $297,652.91 | $160,851.82 | $160,851.82 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 35,461.31 | 35,461.31 | 21,094.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 8,501.02 | 8,501.02 | 1,029.12 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 55,275.10 | 18,169.93 | 18,169.93 | 0.00 |
| **TOTAL DISBURSEMENTS** | $203,345.27 | $359,785.17 | $222,984.08 | $182,975.00 |

4) This case was originally filed under Chapter 7 on December 15, 2014. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/23/2016     By: /s/Markian R Slobodian
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 9523 Saddlebag Row, Columbia MD 21045 | 1110-000 | 185,100.00 |
| **TOTAL GROSS RECEIPTS** | | **$185,100.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Ruth J. Wark | Debtor's Exemption | 8100-002 | 2,125.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,125.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Tower Federal Credit Union | 4110-000 | 128,856.82 | 136,801.09 | 0.00 | 0.00 |
| NOTFILED | COLUMBIA BNK | 4110-000 | 19,213.35 | N/A | N/A | 0.00 |
| | Tower Federal Credit Union | 4110-000 | N/A | 145,771.74 | 145,771.74 | 145,771.74 |
| | Fulton Bank, NA | 4110-000 | N/A | 15,080.08 | 15,080.08 | 15,080.08 |
| **TOTAL SECURED CLAIMS** | | | **$148,070.17** | **$297,652.91** | **$160,851.82** | **$160,851.82** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Markian R Slobodian | 2100-000 | N/A | 12,398.75 | 12,398.75 | 1,577.00 |
| Markian R Slobodian | 2200-000 | N/A | 82.08 | 82.08 | 82.08 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Law Offices of Markian R Slobodian | 3110-000 | N/A | 5,695.50 | 5,695.50 | 2,150.00 |
| Law Offices of Markian R Slobodian | 3120-000 | N/A | 315.71 | 315.71 | 315.71 |
| International Sureties, Ltd. | 2300-000 | N/A | 2.09 | 2.09 | 2.09 |
| Moore, Carney, Ryan and Lattanzi, L.L.C. | 2820-000 | N/A | -1,827.12 | -1,827.12 | -1,827.12 |
| Moore, Carney, Ryan and Lattanzi, L.L.C. | 2820-000 | N/A | -354.39 | -354.39 | -354.39 |
| Keller Williams Integrity | 3510-000 | N/A | 11,106.00 | 11,106.00 | 11,106.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Moore, Carney, Ryan and Lattanzi, L.L.C. | 2500-000 | N/A | 300.00 | 300.00 | 300.00 |
| Howard County, MD | 2820-000 | N/A | 7,722.69 | 7,722.69 | 7,722.69 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $35,461.31 | $35,461.31 | $21,094.06 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | N/A | 8,501.02 | 8,501.02 | 1,029.12 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $8,501.02 | $8,501.02 | $1,029.12 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | N/A | 17,146.39 | 17,146.39 | 0.00 |
| 2 | Baltimore Gas & Electric | 7100-000 | 906.00 | 1,023.54 | 1,023.54 | 0.00 |
| NOTFILED | Laurel Dental | 7100-000 | 1,347.80 | N/A | N/A | 0.00 |
| NOTFILED | Pinnacle Health Hospitals | 7100-000 | 93.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Ivy Manor Assisted Living | 7100-000 | 3,482.26 | N/A | N/A | 0.00 |
| NOTFILED | Quantum Imaging and Therapeutic | 7100-000 | 80.47 | N/A | N/A | 0.00 |
| NOTFILED | West Shore EMS | 7100-000 | 138.05 | N/A | N/A | 0.00 |
| NOTFILED | Trojan Profe | 7100-000 | 1,347.00 | N/A | N/A | 0.00 |
| NOTFILED | Rand Recovery | 7100-000 | 314.00 | N/A | N/A | 0.00 |
| NOTFILED | FIA Card Services | 7100-000 | 10,846.00 | N/A | N/A | 0.00 |
| NOTFILED | Howard County George Howard Bldg | 7100-000 | 281.18 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 4,583.00 | N/A | N/A | 0.00 |
| NOTFILED | BK OF AMER | 7100-000 | 10,768.00 | N/A | N/A | 0.00 |
| NOTFILED | Cach Llc | 7100-000 | 1,543.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE | 7100-000 | 5,522.00 | N/A | N/A | 0.00 |
| NOTFILED | Essex House | 7100-000 | 4,482.34 | N/A | N/A | 0.00 |
| NOTFILED | Hk Insurance Service | 7100-000 | 960.00 | N/A | N/A | 0.00 |
| NOTFILED | DPT ED/SLM | 7100-000 | 2,892.00 | N/A | N/A | 0.00 |
| NOTFILED | Holy Spirit Hospital | 7100-000 | 52.00 | N/A | N/A | 0.00 |
| NOTFILED | DPT ED/SLM | 7100-000 | 5,637.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $55,275.10 | $18,169.93 | $18,169.93 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-05770  
**Case Name:** WARK, RUTH J.

**Trustee:** (580580) Markian R Slobodian  
**Filed (f) or Converted (c):** 12/15/14 (f)  
**§341(a) Meeting Date:** 01/27/15

**Period Ending:** 08/23/16  
**Claims Bar Date:** 01/22/16

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 9523 Saddlebag Row, Columbia MD 21045 | 160,000.00 | 5,000.00 | | 185,100.00 | FA |
| 2 | cash | 5.00 | 0.00 | | 0.00 | FA |
| 3 | cash in safe deposit box Belco Credit Union | 9,500.00 | 0.00 | | 0.00 | FA |
| 4 | checking account Belco Credit Union | 1,104.00 | 0.00 | | 0.00 | FA |
| 5 | couches, tvs, appliances, bedroom sets, and othe | 2,500.00 | 0.00 | | 0.00 | FA |
| 6 | books, pictures, knick knacks, and various coins | 750.00 | 0.00 | | 0.00 | FA |
| 7 | clothes | 500.00 | 0.00 | | 0.00 | FA |
| 8 | costume jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 9 | possible claim against Herizon Marketing Group | Unknown | 0.00 | | 0.00 | FA |
| 10 | cats (2) | 0.00 | 0.00 | | 0.00 | FA |
| 10 | **Assets** **Totals** (Excluding unknown values) | **$174,859.00** | **$5,000.00** | | **$185,100.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

1/29/15 - The trustee will request a fair market analysis regarding value of house in MD plus past 6 months of bank statements and check register.  341 meeting continued to February 24, 2015.

4/28/15 - Trustee will sell real estate in Maryland.  341 meeting continued to 6/9/15.

6/9/15 - 341 meeting concluded.  Trustee will appoint realtor and sell house in Maryland.

6/11/15 - Application for appointment of attorney for trustee filed.

6/19/15 - Order approving appointment of attorney for trustee.

10/7/15 - Motion to sell real estate in Columbia, Maryland filed by Trustee.

10/14/15 - Certificate of service filed regarding order setting response and hearing dates.

10/14/15 - Notice of Sale and Certificate of Service filed by Trustee.

10/21/15 - Asset notice filed.

10/28/15 - Motion to continue hearing on sale of real estate filed by Trustee.

11/1/15 - Objection filed to motion to sell by The Columbia Bank.

11/3/15 - Email to counsel for The Columbia Bank requesting payoff of mortgage.

11/6/15 - Objection filed by Debtor regarding motion to sell real estate.

11/7/15 - Objection deadline regarding motion to sell real estate.

11/17/15 - Hearing on Trustee's motion to sell real estate.

11/17/15 - Order approving sale of real estate.

11/19/15 - Order forwarded to closing agent with request to proceeding with scheduling closing.

1/4/16 - Report of Sale regarding sale of real estate in Columbia, MD filed by Trustee.

1/22/16 - Claims Bar date.

Printed: 08/23/2016 10:19 AM    V.13.28

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-05770  **Trustee:** (580580) Markian R Slobodian
**Case Name:** WARK, RUTH J.  **Filed (f) or Converted (c):** 12/15/14 (f)
 **§341(a) Meeting Date:** 01/27/15
**Period Ending:** 08/23/16  **Claims Bar Date:** 01/22/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

3/29/16 - Trustee determined estate did not generate income or capital gains. Accordingly, no tax return will be filed.
3/29/16 - TFR forwarded to US Trustee's office for review.
3/29/16 - Final fee application of Trustee's counsel filed by Trustee.
5/6/16 - Email from S. Dortch at US Trustee's office requesting changes to TFR.
5/9/16 - Revised TFR sent to S. Dortch at US Trustee's office.
5/31/16 - Notice of TFR and Certificate of Service forwarded to Bankruptcy Court.
6/27/16 - Distribution Order.
7/11/16 - Distributions mailed to creditors.

**Initial Projected Date Of Final Report (TFR):** March 15, 2016  **Current Projected Date Of Final Report (TFR):** March 29, 2016 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 14-05770     **Trustee:** Markian R Slobodian (580580)
**Case Name:** WARK, RUTH J.     **Bank Name:** Rabobank, N.A.
    **Account:** ******8066 - Checking Account
**Taxpayer ID #:** **-***3980     **Blanket Bond:** $9,112,009.00 (per case limit)
**Period Ending:** 08/23/16     **Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/30/15 | | Moore, Carney, Ryan and Lattanzi, L.L.C. | Carveout from Sale of Real Estate | | | 5,000.00 | | 5,000.00 |
| | {1} | William F. Condron, Jr. | Gross Sale Proceeds | 185,100.00 | 1110-000 | | | 5,000.00 |
| | | | County Taxes 12/29/15 to 06/30/16 | 1,827.12 | 2820-000 | | | 5,000.00 |
| | | | CPRA 12/29/15 to 06/30/16 | 354.39 | 2820-000 | | | 5,000.00 |
| | {1} | Markian R. Slobodian, Esq. | Bankruptcy Court Filing Fee - Motion to Sell | -176.00 | 1110-000 | | | 5,000.00 |
| | | Tower Federal Credit Union | Payoff 1st Mortgagee | -145,771.74 | 4110-000 | | | 5,000.00 |
| | | Fulton Bank, NA | Payment to 2nd Mortgagee | -15,080.08 | 4110-000 | | | 5,000.00 |
| | | Keller Williams Integrity | Real Estate Commissions | -11,106.00 | 3510-000 | | | 5,000.00 |
| | | Ruth J. Wark | Debtor's Exemption | -2,125.00 | 8100-002 | | | 5,000.00 |
| | | | Misc. Costs of Sale | -300.00 | 2500-000 | | | 5,000.00 |
| | | Howard County, MD | Real Estate Taxes | -7,722.69 | 2820-000 | | | 5,000.00 |
| 12/30/15 | {1} | Moore, Carney, Ryan and Lattanzi, L.L.C. | Filing Fee for Motion to Sell Real Estate | | 1110-000 | 176.00 | | 5,176.00 |
| 01/11/16 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/06/2016 FOR CASE #14-05770, Bond #016026361 | | 2300-000 | | 2.09 | 5,173.91 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 5,163.91 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 5,153.91 |
| 07/06/16 | 102 | Markian R Slobodian | Dividend paid 100.00% on $12,398.75, Trustee Compensation; Reference: | | 2100-000 | | 1,577.00 | 3,576.91 |
| 07/06/16 | 103 | Markian R Slobodian | Dividend paid 100.00% on $82.08, Trustee Expenses; Reference: | | 2200-000 | | 82.08 | 3,494.83 |
| 07/06/16 | 104 | Law Offices of Markian R Slobodian | Dividend paid 100.00% on $5,695.50, Attorney for Trustee Fees (Trustee Firm); Reference: | | 3110-000 | | 2,150.00 | 1,344.83 |
| 07/06/16 | 105 | Law Offices of Markian R Slobodian | Dividend paid 100.00% on $315.71, Attorney for Trustee Expenses (Trustee Firm); Reference: | | 3120-000 | | 315.71 | 1,029.12 |
| 07/06/16 | 106 | Internal Revenue Service | Dividend paid 12.10% on $8,501.02; Claim# 1P; Filed: $8,501.02; Reference: | | 5800-000 | | 1,029.12 | 0.00 |

Subtotals :     $5,176.00     $5,176.00

{} Asset reference(s)     Printed: 08/23/2016 10:19 AM    V.13.28

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 14-05770 | |
| **Case Name:** | WARK, RUTH J. | |
| **Taxpayer ID #:** | **-***3980 | |
| **Period Ending:** | 08/23/16 | |

| | | |
|---|---|---|
| **Trustee:** | Markian R Slobodian (580580) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account:** | ******8066 - Checking Account | |
| **Blanket Bond:** | $9,112,009.00 (per case limit) | |
| **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 5,176.00 | 5,176.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,176.00 | 5,176.00 | |
| | | | Less: Payments to Debtors | | | 2,125.00 | |
| | | | **NET Receipts / Disbursements** | | $5,176.00 | $3,051.00 | |

|  |  |
|---|---|
| Net Receipts : | 5,176.00 |
| Plus Gross Adjustments : | 179,924.00 |
| Less Payments to Debtor : | 2,125.00 |
| Net Estate : | $182,975.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8066** | 5,176.00 | 3,051.00 | 0.00 |
| | $5,176.00 | $5,176.00 | $0.00 |

{} Asset reference(s)