```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 14-05770-MDF
Ruth J. Wark                                                    Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-1         User: karendavi            Page 1 of 1            Date Rcvd: Sep 27, 2016
                             Form ID: fnldec            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2016.
db             +Ruth J. Wark,    717 Market Street,    Bldg # 111-210,    Lemoyne, PA 17043-1581

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2016 at the address(es) listed below:
              John Matthew Hyams    on behalf of Debtor Ruth J. Wark jmh@johnhyamslaw.com,    jak@johnhyamslaw.com,
               jsa@johnhyamslaw.com
              Joseph Angelo Dessoye    on behalf of Creditor    The Columbia Bank pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    The Columbia Bank pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    Tower Federal Credit Union bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Markian R Slobodian    on behalf of Trustee Markian R Slobodian (Trustee) law.ms@usa.net
              Markian R Slobodian (Trustee)    PA49@ecfcbis.com
              Paul William Cressman    on behalf of Creditor    The Columbia Bank pamb@fedphe.com
              Recovery Management Systems Corporation     claims@recoverycorp.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Ruth J. Wark<br>717 Market Street<br>Bldg # 111−210<br>Lemoyne, PA 17043 | Chapter 7<br>Case No. 1:14−bk−05770−MDF |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−2892

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, Markian R Slobodian (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: September 27, 2016

By the Court,

*Mary D. France*

Honorable Mary D. France
United States Bankruptcy Judge
By: karendavis, Deputy Clerk